```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| MOUSEN ADEN, | : | NO. 1:12-CV-086 |
| Plaintiff, | : |  |
| vs. | : | **ORDER** |
| DR. RYAN HERRINGTON, et al., | : |  |
| Defendants. | : |  |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 7), to which no objections were filed.

Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 7) in all respects.  Therefore, Plaintiff's claims against Defendants Herrington, Carnes and McNally are DISMISSED, and all claims

challenging the adequacy of the medical care Plaintiff received when he injured his ankle are DISMISSED.  Thus, only Plaintiff's equal protection claim against Defendants Arnette and Sassman remain in this matter.

       SO ORDERED.

DATED: May 15, 2012       /s/ S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge