UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MOUSEN ADEN, : NO. 1:12-CV-00086
:
    Plaintiff, :
: **ORDER**
v. :
:
DR. RYAN HERRINGTON, et al., :
:
    Defendants. :

This matter is before the Court on the Magistrate Judge's July 22, 2013 Report and Recommendation (doc. 57). Proper notice was provided to the parties under 28 U.S.C. § 636(b)(1)(C), including the notice that they would waive further appeal if they failed to file an objection to said Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). To date, no objections have been filed.[1]

Having reviewed this matter pursuant to 28 U.S.C. § 636(b)(1), the Court concludes that the Magistrate Judge's Report and Recommendation is thorough, well-reasoned and correct. Accordingly, the Court ACCEPTS, ADOPTS and AFFIRMS the Report and Recommendation in all respects, DENIES Plaintiff Mousen Aden's Motion for Summary Judgment (doc. 46), GRANTS Defendants' (Cross) Motion for Summary Judgment (doc. 54), DENIES as MOOT Plaintiff's

---

[1] In this regard we note that an "Acknowledgment of Service" was signed on Plaintiff's behalf by one "James Henderson" on July 24, 2013 and docketed by the Clerk two days later (doc. 58).

construed motion to amend the damages portion of his complaint (doc. 43), DENIES as MOOT Plaintiff's Motion to be Conveyed to Court (doc. 51), and DENIES as MOOT Plaintiff's Motion for (Jury) Trial (doc. 55). As all claims have been dismissed, the Court DIRECTS the Clerk to close this matter on the docket.

SO ORDERED.

Dated: 9/24/13

S. Arthur Spiegel
United States Senior District Judge

2